Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-497**
**Effective Date of Registration:**
September 26, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Snowman with Tophat

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** June 26, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** William Vanderdasson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** William Vanderdasson
242 Greenridge Drive, Lake Oswego, OR, 97035, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** September 26, 2025
**Applicant's Tracking Number:** WV2025092609

