**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Vanderdasson

Plaintiff,

v.

Case No.: 1:26−cv−10973
Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motions for leave to file under seal [12] and for leave to file excess pages [13] are granted. Plaintiff's ex parte motion for entry of a temporary restraining order is denied. First, given the inquiry required post−*Kangol* regarding electronic service, which must (in the Court's view) be done on a defendant−by−defendant basis, the Court's views regarding the maximum number of defendants that may be reasonably and appropriately joined in a case of this type has changed. Specifically, the Court will not entertain a case with more than 15 defendants. Plaintiff's current "Schedule A" listing the defendants includes 26. Second, with regard to personal jurisdiction, the materials submitted by plaintiff (see dkt. 17) do not appear to reflect any actual deliveries to Illinois or even confirmed sales to Illinois; rather, the shipping addresses on the materials submitted are in Pennsylvania as best as the Court can determine. So personal jurisdiction appears to be lacking. Plaintiff is ordered to show cause in writing by 9/28/2026 why the case should not be dismissed for lack of personal jurisdiction. A telephonic hearing is set for 10/7/2026 at 8:50 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.