**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM VANDERDASSON,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-10973

Judge Matthew F. Kennelly

Magistrate Judge Maria Valdez

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | baeswimsuit.com |
| 2 | lilywish.com |
| 3 | jrsee.com |
| 4 | homewode.com |
| 5 | raixy.com |
| 6 | foxberryparkproducts.myshopify.com |
| 7 | migunica.com |
| 8 | uaang.com |
| 9 | churchf.com |
| 10 | chequerainy.com |
| 11 | lesndenbiis.com |
| 12 | infinitias.com |
| 13 | cozymoo.com |
| 14 | streetsangels.com |
| 15 | m.amechics.com |