**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM VANDERDASSON,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-10973

Judge Matthew F. Kennelly

Magistrate Judge Maria Valdez

**PLAINTIFF'S RESPONSE TO [18]**

Plaintiff respectfully responds to this Court's Order [18] and hereby states as follows:

The defendants identified in [Amended] Schedule A [19] accepted orders from customers located in Illinois for the infringing products at issue. Each defendant has participated in at least one transaction in which an infringing product was agreed to be sold to an Illinois address. *See* sealed **Exhibit 1**. These Illinois sales receipts demonstrate each defendant's purposeful availment of the Illinois market and establish a concrete basis for the exercise of personal jurisdiction over each defendant.

DATED: September 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***