Exhibit 1

FILED UNDER SEAL