**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: William Vanderdasson v. The Partnerships and Unincorporated Associations Identified on Schedule A

Case Number: 26-cv-10973

An appearance is hereby filed by the undersigned as attorney for:
infinitias.com (Defendant No. 12)
cozymoo.com (Defendant No. 13)
m.amechics.com (Defendant No. 15)

Attorney name (type or print): Mark Berkowitz

Firm: Tarter Krinsky & Drogin LLP

Street address: 1350 Broadway

City/State/Zip: New York, NY 10018

Bar ID Number: 4566527
(See item 3 in instructions)

Telephone Number: 212-216-1166

Email Address: mberkowitz@tarterkrinsky.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/13/20206

Attorney signature: S/ Mark Berkowitz
(Use electronic signature if the appearance form is filed electronically.)