**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM VANDERDASSON., | : | |
| Plaintiff, | : | Case No. 1:26-cv-10973 |
| v. | : | **Judge Matthew F. Kennelly** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | : | **Magistrate Judge Maria Valdez** |
| Defendants. | : | |

**MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Liping Yuan, and all of the prior pleadings and proceedings in this Action, Suzhou Liying Network Technology Co., Ltd. (the operator of the websites infinitias.com (Defendant No. 12), cozymoo.com (Defendant No. 13), and m.amechics.com (Defendant No. 15)) ("Defendant"), by and through its undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 65 of the Federal Rules of Civil Procedure and this Court's September 22, 2026 Order (ECF No. 30), dissolving the Court's September 22, 2026 Temporary Restraining Order (ECF No. 30), including vacating the asset freeze, and granting Defendant such other and further relief as the Court may deem just and proper. A Memorandum of Law in Support is filed concurrently with this Motion.

Respectfully submitted,

Dated: October 13, 2026

By: *s/ Mark Berkowitz*

Mark Berkowitz
Sandra A. Hudak
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com
shudak@tarterkrinsky.com

***Attorneys for Defendant Nos. 12, 13 & 15***