**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM VANDERDASSON., Plaintiff, | Case No. 1:26-cv-10973 |
| v. | **Judge Matthew F. Kennelly** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", Defendants. | **Magistrate Judge Maria Valdez** |

**DECLARATION OF LIPING YUAN**

I, Liping Yuan, declare as follows:

1. I am the director of the Suzhou Liying Network Technology Co., Ltd. (the operator of the websites infinitias.com (Defendant No. 12), cozymoo.com (Defendant No. 13), and m.amechics.com (Defendant No. 15)) ("Defendant").

2. I make this Declaration in support of Defendant's Motion to Dissolve the Temporary Restraining Order.

3. Defendant, based in Jiangsu, China, distributes apparel and other consumer products, and has been operating since 2018.

4. I understand that infinitias.com, cozymoo.com, and m.amechics.com have been named as defendants in the above case, along with 12 other defendants. I also understand that Plaintiff has stated in the case that all 15 "Defendants are interrelated." (ECF No. 23 ¶ 5). I have reviewed "Amended Schedule A" of the Complaint and can confirm that Plaintiff's statement is



CS 扫描全能王
3亿人都在用的扫描App

not correct. Defendant has no connection to, or knowledge of, any of the other 12 defendants and are not working with any of these parties.

5. I have been informed that Plaintiff has asserted that one product listing on each of websites infinitias.com, cozymoo.com, and m.amechics.com for the "Multicolor Snowman Print Christmas Sweatshirt" (the "Christmas Sweatshirt Listings") include an allegedly copyrighted photograph.

6. I understand that a Plaintiff cannot seek damages for sales of allegedly infringing products made more than three years prior to Plaintiff starting the litigation. I understand that Plaintiff filed this litigation on September 10, 2026, such that any sales prior to September 10, 2023 cannot be part of this lawsuit.

7. The only sales since September 10, 2023 that Defendant made on the Christmas Sweatshirt Listings were a single sale via each of infinitias.com, cozymoo.com, and m.amechics.com (i.e., 3 sales total) in April 2026 which were all to the same shipping address (1111 West 35th Street, 15th Floor, Chicago, IL 60609, USA). I understand Plaintiff's counsel has used this same shipping address for in numerous other "Schedule A" cases, and thus assume that all three of these purchases were made by Plaintiff's counsel.

8. The only other sales that Defendant made on the Christmas Sweatshirt Listings (i.e., prior to September 2023), were a handful of sales on cozymoo.com shipped to the United States in January and February 2023 (as well as one sale shipped to Australia in March 2023) and one sale on infinitias.com shipped to the United States in January 2023.

9. A printout from Defendant's accounting system of the sales are attached as **Exhibit A** hereto.



扫描全能王
3亿人都在用的扫描App

10. The three sales that were made in 2026 (presumably to Plaintiff's counsel) resulted in less than $106 in total revenue (and substantially less in profits).

11. Currently, our payment processor is holding approximately $1 million in connection with this case. Given that the sales in 2026 were made over five months before the TRO was entered, none of the funds frozen as a result of the September 22, 2026 Temporary Restraining Order entered by the Court relate to the accused "Multicolor Snowman Print Christmas Sweatshirt." All of the restrained funds were derived from sales of unrelated products. Moreover, as a result of the Temporary Restraining Order, PayPal has frozen other accounts owned by Suzhou Liying Network Technology Co., Ltd. that have nothing to do with the three accused websites and do not receive payments for these three stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 13, 2026

By: Liping Yuan



CS 扫描全能王
3亿人都在用的扫描App

**EXHIBIT A**

| Vendor | Order # | Paid at | Total | Shipping Name | Shipping Street | Shipping City | Shipping Zip | Shipping Province | Shipping Country | Shipping Phone | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| infinitias | infin-206065 | 4/19/2026 18:24 | $35.98 | Larry Carter | 1111 W 35th St, 15th Floor | Chicago | 60609 | IL | US | 2163758845 | mbblanco004@gmail.com |
| cozymoo | moo-111625 | 4/14/2026 6:50 | $30.99 | Jimmy Kim | 1111 W 35th St, 15th floor | Chicago | 60609 | IL | US | 2163758845 | kklav2830@gmail.com |
| amechics | amam-4624 | 4/13/2026 20:58 | $38.85 | Jimmy Kim | 1111 W 35th St 15th floor | Chicago | | | US | 2163758845 | kklav2830@gmail.com |
| cozymoo | moo-101433 | 3/28/2023 3:53 | $70.17 | [redacted] | [redacted] | Mount Gambier | '5290 | SA | AU | [redacted] | [redacted] |
| cozymoo | moo-100515 | 1/26/2023 16:09 | $67.47 | [redacted] | [redacted] | Anthony | 67003 | KS | US | [redacted] | [redacted] |
| cozymoo | moo-100225 | 1/6/2023 18:13 | $24.99 | [redacted] | [redacted] | Lebanon | 17046 | PA | US | [redacted] | [redacted] |
| infinitias | infin-142927 | 1/2/2023 5:54 | $35.98 | [redacted] | [redacted] | Tell City | 47586 | IN | US | [redacted] | [redacted] |

CS 扫描全能王
3亿人都在用的扫描App