# Exhibit 3

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Volkswagen AG, et al.

Plaintiff,

v.

Case No.: 1:18−cv−06611
Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2018:

MINUTE entry before the Honorable Edmond E. Chang: Motion hearing held on Plaintiffs' motion for preliminary injunction [34] as to Defendants No. 70 and No. 90. Defendants' motion to file sealed sales records [51] is granted, with a public redacted version also to be filed by 11/16/2018 (redacting names, addresses, and products, but leaving the zip codes and sales numbers). As discussed during the hearing, the preliminary injunction as to Defendants No. 70 and Defendant No. 90 is vacated. PayPal shall lift the restraint on the account holding Defendants 70's and 90's funds. As explained during the hearing, under Rule 20(a)(2), joinder is improper as to these two Defendants is not proper. The generic similarities amongst the almost 200 Defendants are insufficient to establish that the "right to felief... aris[es] out of the same transaction, occurrence, or series of transactions or occurrences." The relevant factors are the nature of the claims, the legal basis for recovery, the law at issue, and the factual background. Ross v. Bd. of Educ., 486 F.3d 279, 284 (7th Cir. 2007). In this case, the inquiry boils down to whether all the Defendants are properly pled to be working together or in a coordinated effort, and the generic and conclusory similarities do not adequately plead that type of connection. Based on the adversarial presentation of Defendants 70 and 90, they will be severed from this case under Rule 21. On 11/14/2018, defense counsel reported to the courtroom deputy that the two Defendants are willing to be joined in one case, even though joinder is questionable as to those two Defendants as well. The Clerk is directed to open a new case, place the complaint on that docket ****but listing as named Defendants only Defendant hkseller*2011 and Defendant ledilluminant. The case will be randomly assigned. Plaintiff shall pay the filing fee for the new case. As to the remaining Defendants, status hearing set for 12/13/2018 at 9:00 a.m. If the remaining Defendants are in default as of 12/10/2018, then Plaintiffs shall file a motion for default judgment on 12/10/2018 and notice it for presentment at the next status hearing date and time. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.