# Exhibit 10

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Merrigo Life LLC

Plaintiff,

v.

Case No.: 1:25−cv−15046
Honorable Jeremy C. Daniel

Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified On Schedule A , The

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion for a temporary restraining order [6] is denied. Under Fed. R. Civ. P. 65(b)(1)(A), "[t]he court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." The plaintiff contends that "entry of a TRO is appropriate because it would immediately stop the Defendants from benefiting from the sale of Unauthorized Products and would preserve the status quo until a hearing can be held." (ECF No. 7 at 4.) The plaintiff seeks an asset freeze "to preserve relief sought by Plaintiff." In a declaration, plaintiff's counsel surmises, based on his experience, that the defendants will move assets beyond the reach of the Court absent a TRO. (ECF No. 7−1 at 2−3.) But the plaintiff has not produced any evidence concerning these particular defendants in that regard. And the plaintiff's speculation as to these defendants based on experience with other defendants does not overcome the defendants' right to due process. The facts do not clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. The plaintiff's motion for expedited discovery, which was contingent on an asset restraint, is also denied. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.