**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM VANDERDASSON., Plaintiff, | Case No. 1:26-cv-10973 |
| v. | **Judge Matthew F. Kennelly** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", Defendants. | **Magistrate Judge Maria Valdez** |

**CORPORATE DISCLOSURE STATEMENT AND**
**NOTIFICATION OF AFFILIATES**

Suzhou Liying Network Technology Co., Ltd. (the operator of the websites infinitias.com (Defendant No. 12), cozymoo.com (Defendant No. 13), and m.amechics.com (Defendant No. 15)) ("Defendant"), by and through its undersigned counsel, certifies the following:

1. Under Fed. R. Civ. P. 7.1, Defendant has no parent company and there is no publicly held corporation owning 10% or more of its stock.

2. Under N.D. Ill. Local Rule 3.2, Defendant has no affiliates.

Respectfully submitted,

Dated: October 15, 2026

By: *s/ Mark Berkowitz*

Mark Berkowitz
Sandra A. Hudak
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com
shudak@tarterkrinsky.com

***Attorneys for Defendant Nos. 12, 13 & 15***