**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Vanderdasson

Plaintiff,

v.

Case No.: 1:26−cv−10973
Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, October 17, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Three defendants have filed a motion to dissolve the ex parte temporary order previously entered by the Court and extended once. At the Court's instance, the telephonic preliminary injunction hearing set for 10/20/2026 is vacated. The temporary restraining order is hereby extended through 10/30/2026 to enable consideration of the defendants' motion to dissolve. Plaintiff's response to the motion to dissolve, and defendants' response to the motion for preliminary injunction if they wish to file one in addition to their motion to dissolve, are to be filed by 10/23/2026; replies are to be filed by 10/28/2026. In−person hearing on both motions, unless deemed unnecessary by the Court, is set for 10/30/2026 at 9:30 AM, in Courtroom 2103. Telephonic and video appearances will not be permitted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.