**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM VANDERDASSON,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-10973

Judge Matthew F. Kennelly

Magistrate Judge Maria Valdez

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, WILLIAM VANDERDASSON ("Plaintiff") and Defendant Nos. 12 infinitias.com, 13 cozymoo.com, and 15 m.amechics.com ("Defendants") hereby jointly notify the Court that they have reached a settlement and the parties are awaiting the final execution of the settlement agreement. Appropriate filings will follow the parties' execution of settlement documents.

In view of the parties' anticipated settlement, the parties' respectfully request that the briefing schedule for Defendants' Motion to Dissolve the Temporary Restraining Order [38] and Plaintiff's Motion for a Preliminary Injunction [31] as to Defendants be held in abeyance.

Each party is to bear its own attorneys' fees, costs, and expenses.

DATED: October 23, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

*/s/ Mark Berkowitz*
Mark Berkowitz
Sandra A. Hudak
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
E-mail: mberkowitz@tarterkrinsky.com
shudak@tarterkrinsky.com

***ATTORNEY FOR DEFENDANTS***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 23, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt