**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Vanderdasson

Plaintiff,

v.

Case No.: 1:26−cv−10973
Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: In light of the "notice of settlement" filed on 10/23/2026 involving plaintiff and the defendants who have moved to dissolve the TRO, the in−person hearing set for 10/30/2026 is vacated, and the case is set for a telephonic status hearing on 10/30/2026 at 9:00 AM, using call−in number 650−479−3207, access code 2305−915−8729. Plaintiff is reminded that the TRO has been extended only through 10/30/2026 and is advised to provide the Court by 10/27/2026 with a revised draft preliminary injunction order including the subset of defendants as to which a preliminary injunction still will be sought (in Word format, sent to the proposed order e−mail address). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.