**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM VANDERDASSON,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>Defendants | Case No. 1:26-cv-10973<br>Judge Matthew F. Kennelly |

**DECLARATION OF CANKUN LI**

I, Cankun Li, declare as follows:

1. I am the Chief Executive Officer of Guangzhou Zhanyichuang Network Technology Co., Ltd. (the "Company"), which operates the online storefront chequerainy.com (the "Store"), identified as Defendant No. 10 in this action. I am authorized to make this declaration on behalf of the Company. I have personal knowledge of the matters stated here or knowledge obtained from my review of the Company's business records maintained in the ordinary course of business, and I could testify competently to them.

2. I make this declaration in support of the Company's motion to dissolve or, alternatively, modify the preliminary injunction entered in this action.

3. The Company is organized under the laws of the People's Republic of China with its registered address at F024, Room 3405, 4th Floor, No. 12 Daguan South Road, Tianhe District, Guangzhou. I am based in Guangzhou, China, and the Company's business operations are conducted from China.

4. In connection with this litigation, I reviewed the Company's order and transaction records for the Store, including records concerning the product accused of copyright infringement in this case (the "Accused Product"). The records identify order numbers, payment timestamps, amounts, customer information, and shipping destinations. Those records are maintained in the ordinary course of the Company's business.

5. Based on my review, the Company's records identify only one order, No. 54268M100040, in the amount of US$33.65, with a recorded payment timestamp of April 15, 2026, at 02:15:46. The recorded customer name was "Jimmy Kim," and the shipping destination was 1111 W. 35th St, Chicago, Illinois, United States.

6. This order was the only order reflected in the Store's transaction records.

7. The Company has reviewed all sales channels through which the Accused Product could have been sold and confirmed that there were no other sales of the Accused Product, whether in the United States or elsewhere.

8. Attached as **Exhibit A** is a true and accurate copy of the Company's complete sales records for the Accused Product.

9. The Company operates and controls its Store independently and has not enter into any agreement with the other defendants named in this action to reproduce, advertise, distribute, or sell the Accused Product. The Company does not share ownership, management, personnel, or control of its Store with any other defendant named in this action, and has not coordinated its sales or marketing activities concerning the Accused Product with any such defendant.

10. Upon learning of this lawsuit, the Company promptly removed the Accused Product from the Store. The Accused Product is no longer offered for sale through the Store, and the Company does not intend to resume offering or selling it, regardless of the outcome of this litigation.

11. As of November 15, 2026, the Company's associated PayPal account has a frozen amount of US $638,741.99, despite the Company having generated only US$33.65 in total revenue from the Accused Product. The restraint extends far beyond any proceeds attributable to the Accused Product and deprives the Company of access to substantial funds unrelated to the alleged infringement. As a result, the Company cannot withdraw or use the frozen funds for its ordinary business operations, causing significant disruption to its business.

12. To date, the Company has not received formal service of the summons and Complaint through China's Central Authority pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention".)

13. This declaration was translated into Mandarin Chinese for my review.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 16, 2026

Guangzhou, China

By: Cankun Li

Cankun Li

# EXHIBIT A

chequerainy

Order
All Orders
Abandoned Order
Risk Order
Product

support

< All orders

## Order details

Invoice | Action | Modify delivery

**Order overview**

| Product | | Specifications | Selling price*quantity |
|---|---|---|---|
|  | Multicolor Snowman Print Christmas Sweatshirt<br>SKU：XX1412981-蔚蓝色S | BLUE・S/UK10 | 1 |

**Shipping address** Edit

| | |
|---|---|
| Name | Jimmy Kim |
| Address | 1111 W 35th St |
| Apartment | 15th floor |
| City | Chicago |
| Country/Region | United States of America |
| Province/State | Illinois |
| Postcode | 60609-1404 |
| Phone | +1 (216) 375-8845 |
| Extra information | - |

**Order information**

Order status:Completed

Payment status:Paid

Total Amount:**£24.99 GBP**

Order number:54268M100040

Payment number:7DR96795MJ027941N

Payment method:PayPal

Generation time:2026-04-15 02:15:29

Payment time:2026-04-15 02:15:46

Logistic order number:JSEDP1840998333YQ

**Client** Unsubscribed Visitors

Name Jimmy Kim

**Contact information**

Mailbox kklav2830@gmail.com

Settings