**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM VANDERDASSON,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>Defendants | Case No. 1:26-cv-10973<br>Judge Matthew F. Kennelly |

**DECLARATION OF JACOB CHEN**

I, Jacob Chen, declare as follows:

1. My name is Jacob Chen and I am counsel of record for Defendants No. 10, chequerainy.com, and No. 11, lesndenbiis.com (collectively, the "Moving Defendants").

2. I make this declaration based on my personal knowledge and review of the materials referenced herein, including the declarations of the Moving Defendants filed concurrently herewith and their accompanying exhibits.

3. I noticed that each Moving Defendant made only one sale of the allegedly infringing product to the United States. Both orders were placed on Aprile 15, 2026, by a purchaser identified as "Jimmy Kim," and both shipped to the same address – 1111 W. 35th St, Chicago, Illinois, United States. The orders also shared the same contact telephone number, email address, and were placed within approximately six (6) minutes of each other. (*See* Moving Defendants Declarations, ¶¶ 5, 6 & Ex. A).

4. Based on my prior experience handling other intellectual property litigation matters involving Plaintiff's counsel's law firm, I recognize the shipping address, 1111 W. 35th Street, Chicago, Illinois, as an address previously used for test purchases in unrelated cases involving that firm.

5. Based on the identical purchaser name, shipping address, contact information, and close proximity in time between the two orders, together with my familiarity with the use of that shipping address in other cases, I believe that both transactions were test purchases made by or on behalf of Plaintiff.

6. The Moving Defendants' sales records reflect no other sales of the allegedly infringing products to customers in the United States. (*See* Moving Defendants Declarations, ¶¶ 5, 6 & Ex. A).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 23, 2026

New York, New York,

By:/s/ Jacob Chen

Jacob Chen